IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
Plaintiff

vs                                           CRIMINAL 12-0194CCC

JESSE ANTHONY MAYORGA
Defendant

## ORDER

Having considered the Report and Recommendation filed on August 28, 2012 (**docket entry 32**) on a Rule 11 proceeding of defendant Jesse Anthony Mayorga held before U.S. Magistrate Judge Marcos E. López on August 20, 2012, to which no objection has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since August 20, 2012. The **sentencing hearing is set for November 27, 2012 at 4:15 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on September 13, 2012.

S/CARMEN CONSUELO CEREZO
United States District Judge